United States District Court
for the
District of Massachusetts

Barry Spencer, Jr

CA No.

v

Commonwealth, Commonwealth Land & Trust
Boston Police (Area A-1)

FILED
Clerk's Office
USDC Mass
Date 7/28/26
By
Deputy Clerk

Overview: This is a civil complaint of false Arrest
false statements, malicious prosecution, of an alleged
Assault & Battery that the plaintiff was found NG by
a bench trial in BMC DKT # 2301CR000538A
Boston Central

Jurisdiction: This Court holds the right to hear
matters of the 42 USC 1983 and State equili-rent
along with the issues above mentioned

Parties
1. Plaintiff, Barry Spencer, Jr is a resident of
Massachusetts, presently held at Suffolk Co
HOC South Bay 20 Bradston St Boston, MA

2. Defendant, Commonwealth of Massachusetts is a
Municipal corporation sued in its public and
personal capacities, and takes the role of the
employee working under the color of law, with a
Lawyers' address of 1 Ashburton Pl Boston, MA

3. Defendant, Commonwealth Land & Trust is a
corporation with a business address of

37 Bowdoin St Boston, MA it is sued in its public and private capacities (Also reffered as CL&T) this employer takes on the role of employees working under them

4. Defendant, CL&T Manager Jane Doe is sued in her public and private capacities with an address of 37 Bowdion Street Boston, MA

5. Defendant, CL&T employee Jane Doe is an employee of CL&T sued in her public & private capacities with an address of 37 Bowdion Street Boston, MA

6. Defendant, Area A-1 Commander Boston Police is sued in his public & private capacities with a lawyers address of 1 Ashburton Place, Boston, MA

7. Defendant, Area A-1 Boston Police officer John Doe, is sued in his public and private capacities with a lawyers address of 1 Ashburton Place, Boston, MA

8. Defendant, District Attorney Assistant, Jane Doe, is sued in her public and private capacities with a business address of 1 Ashburton Place Boston, MA

## Statement of Facts

9. All Managing Defendants 2, 3, 4 & 6 (above herein) are liable for their subordinates acts under the theory of respondent superior.

10. All Managing Defendants 2, 3, 4, & 6 (above herein) follow their laws, customs & regulations of their employee and are responsible for the said acts

of their employees

11. Unbeknown to Plaintiff, the Defendants, above-mentioned as 2, 3, 4, 5 & 6 conspired in a meeting(s) to usurp tenants rights at 39 Bowdoin Street, Boston, MA, by circumventing the lease agreement; to stop all visits and personal liberties w/o recourse nor remedy

12. Defendants 3 & 4, alleged that Defendants 6 & 7 suggested due to illicit activities all visitation rights should be stopped no matter the persons' capacity (case workers, Nurses, Parents etc.,)

13. Defendants 3, 4, 5, 6 & 7 corrorated, new written policy by way of custom, and posted a bulliton stating "No visits" nor family nor friends in violation of every tenents lease.

14. When Plaintiff signed his lease it had no amendments nor did he agree to any new amendments w/o prior consent and or arbortration

15. Plaintiff had a friend came by to see him (plaintiff) told her to come up, after a few & no visitor, he went downstairs where he saw Defendants 3, 4 & 5 hindering his company & Talking his private business to her, based upon their customs, rules & recalcitrant behavior.

16. Defendant 3, 4 & 5 were violating their Hippa Oath since they were case workers, with privilleged client information

17. Plaintiff was informed by other tenants and

friends that the Cl&T team does that custom of talking shop w/o a Release (Medical)

18 Plaintiff escorted his company inside the building over the protest of defendants 3, 4 & 5

19 As soon as the Plaintiff Attempted to enter the building carrying his bicycle Defendant 3, 4 & 5 blocked the door denying Plaintiff access to the lobby

20. Plaintiff proceed to walk in carrying the bicycle

21 Defendants 3, 4 & 5 were recalcitrant and stubborn and wouldn't move so the Plaintiff squeezed by after asking her to excuse herself several times, he went upstairs

22 Unbeknown to the plaintiff, Defendants 3, 4 & 5 called the Boston Police Defendant 7 and schemed with him and Defendant 6, 2-5 & 7

23 Defendants 2-7 schemed and corroborated on a story of how the plaintiff allegedly A & B Defendant 5 with his bicycle when he passed her

24 Defendants 6 & 7 arrested the plaintiff on 7/17/2023 for A & B, BMC Central Dkt# 2301CR000538A, predicated upon the custom depriving the plaintiff of his tenant rights and constitutional rights in his pursuit of life, liberty & happiness

25 On 7/17/2023 Defendant 2 & 8 joined in on the schemes & corroboration to malicious prosecute the plaintiff predicated upon a false statements a false police report, with false statements to

hold the plaintiff and revoke his bail, for 90 days because of the New case

26 Plaintiff moved for trial several times pro se but the Defendant 2-8 alleged they weren't ready, and need more time.

27 Plaintiff was afforded a Bench Trial on 12/11/23 and was found Not Guilty by the Court

28 The Defendants never properly trained the subordinates on their custom for the No Visit Rule custom or way of doing business

29 The Defendants never properly trained the subordinates on a persons tenant rights

30 The Defendants never properly trained their subordinates on Constitutionaly provided Rights

31 Defendants 2&3 Allowed the subordinates Defendants 4-8 to trample and usurp rights of the plaintiff that were obvious and obscure (unknowable)

Claims for Relief

32 Plaintiff restates 1-31 herein above to support his claims for relief for as follows

A. The Defendants were deliberate indifferent by their negligent actions that caused irreparable damage by their lack of training towards the constitutional Rights

B. The Defendants were deliberate indifferent by their false Arrest, false statements, in the sum of $3,000.00 per day of incarceration by 90 days at a total of $270,000.00 from all defendants severally and Jointly

c   Plaintiff asked for treble damages due to the
bad business practices

33  Plaintiff requests $5000.00 per day for emotional
duress suffered at the hands of the defendants for
failure to stop their subordinates in violation
of plaintiffs' rights, even the ones he didn't know
about

3A  $5000.00 per day for as long as the case
lasted

34  Plaintiff requests trial by jury

Respectfully

Barry Spencer Jr
/s/ Barry Spencer Jr
20 Bradston St Boston MA

July 17, 2026

Sign under pains & penalties of perjury
on this 17th of July 2026